IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
META PHARMACY SAVANNAH, LLC,    )
                                )
     Plaintiff,                 )
                                )
v.                              )
                                )   CASE NO. CV423-123
THE CENTER FOR MEDICARE AND     )
MEDICAID SERVICES, THE UNITED   )
STATES DEPARTMENT OF HEALTH AND )
HUMAN SERVICES OFFICE OF        )
INSPECTOR GENERAL, THE UNITED   )
STATES DEPARTMENT OF HEALTH AND )
HUMAN SERVICES OFFICE OF        )
INSPECTOR GENERAL, and THE      )
UNITED STATES OFFICE OF         )
MANAGEMENT AND BUDGET,          )
                                )
     Defendants.                )
                                )
```

## O R D E R

Before the Court is Plaintiff Meta Pharmacy Savannah, LLC's Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 18.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Because Defendants have filed neither an answer nor a motion for

summary judgment in this case, Plaintiff's request (Doc. 18) is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10th day of August 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA